UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-6524
(2:26-cv-00151)

_____

TITO TEMICH SANCHEZ

      Plaintiff - Appellee

v.

JOHN RIFE, Field Office Director, Philadelphia Field Office, United States
Immigration and Customs Enforcement; TODD M. LYONS, Acting Director,
United States Immigration and Customs Enforcement; MARKWAYNE MULLIN,
Secretary of Homeland Security; TODD BLANCHE, Acting United States
Attorney General, in their official capacities

      Respondents - Appellants

 and

CHRISTOPHER MASON, Superintendent, South Central Regional Jail

      Respondent

_____

O R D E R

_____

Upon consideration of the joint motion for abeyance, the court grants the

motion and places this case in abeyance pending a decision by this court in *Garcia v. Guadian*, No. 25-7044 and *Rivera v. Guadian*, No. 25-7050.

For the Court

/s/ Nwamaka Anowi, Clerk